

United States District Court
Eastern District of California

| PHI Health, LLC | | Case Number: | 2:24-CV-03233-DJC-CSK |

Plaintiff(s)

V.

| Blue Shield of California Life & Health Insurance |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Scarlett Collings _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PHI Health, LLC

On __11/07/1997__ (date), I was admitted to practice and presently in good standing in the __Texas Supreme Court__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case Number: 2:24-CV-02888-JDP; PHI Health, LLC v Adventist Health Plan, Inc., et al.;
PHV granted November 1, 2024

Date: 11/21/2024           Signature of Applicant: /s/ Scarlett Collings

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Scarlett Collings |
| Law Firm Name: | Susman Godfrey L.L.P. |
| Address: | 1000 Louisiana Street |
| | Suite 5100 |
| City: | Houston    State: TX    Zip: 77001 |
| Phone Number w/Area Code: | (713) 651-9366 |
| City and State of Residence: | Houston, Texas 77005 |
| Primary E-mail Address: | scollings@susmangodfrey.com |
| Secondary E-mail Address: | jingram@susmangodfrey.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel Garcia |
| Law Firm Name: | Susman Godfrey L.L.P. |
| Address: | 1900 Avenue of the Stars |
| | Suite 1400 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 789-3100    Bar #: 214087 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 22, 2024

*Daniel J. Calabretta*
JUDGE, U.S. DISTRICT COURT