

# United States District Court
# Eastern District of California

**PHI Health**

Plaintiff(s)

V.

**Blue Shield of California**

Defendant(s)

Case Number: 2:24-cv-03233-DJC-CSK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Steven D. Hamilton** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Blue Shield of California Life & Health Insurance Company**

On **03/13/2007** (date), I was admitted to practice and presently in good standing in the **Northern District of Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: **12/19/2024**          Signature of Applicant: /s/ **Steven D. Hamilton**

**Pro Hac Vice Attorney**

Applicant's Name: Steven D. Hamilton
Law Firm Name: Reed Smith, LLP
Address: 10 S. Wacker Drive, 40th Floor

City: Chicago    State: IL    Zip: 60606
Phone Number w/Area Code: (312) 207-1000
City and State of Residence: Chicago, IL
Primary E-mail Address: shamilton@reedsmith.com
Secondary E-mail Address: shamilton@reedsmith.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Adam C. Pullano
Law Firm Name: Reed Smith, LLP
Address: 355 South Grand Avenue, Suite 2900

City: Los Angeles    State: CA    Zip: 90071
Phone Number w/Area Code: (213) 457-8000    Bar #: 298792

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 20, 2024

*Daniel J. Calabretta*
JUDGE, U.S. DISTRICT COURT

Revised July 6, 2021                                                                                                  Page 2