# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PHI HEALTH LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE&<br>HEALTH INSURANCE COMPANY AND<br>XYZ CORP.,<br><br>    Defendants. | Case No. 2:24-cv-03233-DJC-CSK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(A))**<br><br>Complaint Filed:    Nov. 20, 2024<br><br>Honorable Judge Daniel J. Calabretta |

The Court, having reviewed and considered the JOINT STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS (LOCAL RULE 144(A)) and good cause appearing therefore, hereby orders that Defendants' response to Plaintiff's Complaint shall now be due on or before February 18, 2025.

**IT IS SO ORDERED.**

Dated:  January 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE