UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHI HEALTH LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE&<br>HEALTH INSURANCE COMPANY AND<br>XYZ CORP.,<br><br>         Defendants. | Case No. 2:24-cv-03233-DJC-CSK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (LOCAL RULE 144(A)) AND SUBMIT JOINT STATUS REPORT**<br><br>Complaint Filed:     Nov. 20, 2024<br><br>Honorable Judge Daniel J. Calabretta |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

The Court, having reviewed and considered the JOINT STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (LOCAL RULE 144(A)) and good cause appearing therefore, hereby orders that (1) Defendant's response to Plaintiff's Complaint shall now be due on or before March 20, 2025, and (2) the deadline to conduct a Rule 26(f) conference and submit a joint status report shall be extended to April 3, 2025.

**IT IS SO ORDERED.**

Dated:  February 10, 2025                  /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

No.: 2:24-cv-03233-DJC-CSK                -2-

THIRD JOINT STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (LOCAL RULE 144(A)) AND SUBMIT JOINT STATUS REPORT